Richard N. Groves, Esq.  Ariz. Bar # 4014
4505 E. Union Hills Drive, Suite 126
Phoenix, Arizona 85050
(602) 230-0995     fax (602) 569-9354
email:  azconsumerlaw@cox.net

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ASHLEY BRAND**, | ) |
| | ) **CV05-3656 PHX MHM** |
| Plaintiff, | ) |
| | ) PLAINTIFF'S MOTION |
| v. | ) TO DISMISS |
| | ) |
| **LAW FIRM OF HELDENBRAND COHEN, et. al.** | ) (Assigned to Honorable Mary H. Murguia) |
| | ) |
| Defendant(s) | ) |

Pursuant to the Court's ruling in *Halvorson v. King & Frisch, P.C., CV06-241 TUC JM*, Plaintiff Ashley Brand respectfully requests that the Court dismiss her civil action with prejudice as to all Defendants.

RESPECTFULLY SUBMITTED this 2nd day of April, 2007.

s/ Richard N. Groves
Richard N. Groves
Attorney for Plaintiff